# Exhibit 4

## U.S. Patent No. 7,499,042 ("'042 Patent") for HP Spectre x360

**Accused Product**

The HP Spectre x360 ("Accused Product") infringes at least Claim 1 of the '042 Patent.

**Claim 1**

| Claim 1 | Accused Product |
|---|---|
| [pre] A display device comprising: | The preamble is not a limitation. To the extent the preamble is construed as limiting, the Accused Product includes a display device. *See, e.g.*: <br><br> Photograph of Accused Product |

| Claim 1 | Accused Product |
|---|---|
| [a] a plurality of selection scan lines; | The Accused Product includes a plurality of selection scan lines.<br><br>*See, e.g.:*<br><br>Annotated microscope photograph of Accused Product |
| [b] a plurality of current lines; | The Accused Product includes a plurality of current lines.<br><br>*See, e.g.:* |

| Claim 1 | Accused Product |
|---|---|
| | <br>Annotated microscope photograph of Accused Product |

| Claim 1 | Accused Product |
|---|---|
| | Annotated microscope photograph of Accused Product |
| [c] a selection scan driver which sequentially selects said plurality of selection scan lines in each selection period; | The Accused Product includes a selection scan driver which sequentially selects said plurality of selection scan lines in each selection period.<br><br>*See, e.g.*: |

| Claim 1 | Accused Product |
|---|---|
|  | <br>Annotated microscope photograph of Accused Product |
| [d] a data driving circuit which applies a reset voltage to said plurality of current lines in a first part of the selection period, and supplies a designating current having a current value corresponding to an image signal to said plurality of current lines in a second part of the selection period after applying the reset voltage in the selection period; and | The Accused Products include a data driving circuit which applies a reset voltage to said plurality of current lines in a first part of the selection period, and supplies a designating current having a current value corresponding to an image signal to said plurality of current lines in a second part of the selection period after applying the reset voltage in the selection period.<br><br>*See, e.g.*: |

| Claim 1 | Accused Product |
|---|---|
|  |  Annotated microscope photograph of Accused Product |

| Claim 1 | Accused Product |
|---|---|
| | <br>Annotated microscope photograph of Accused Product |



Annotated microscope photograph of Accused Product

| Claim 1 | Accused Product |
|---|---|
| | Annotated microscope photograph of Accused Product |
| [e] a plurality of pixel circuits which are connected to said plurality of selection scan lines and said plurality of current lines, and supply a driving current having a current value corresponding to the current value of the designating current | The Accused Product includes a plurality of pixel circuits which are connected to said plurality of selection scan lines and said plurality of current lines, and supply a driving current having a current value corresponding to the current value of the designating current which flows through said plurality of current lines. |

| Claim 1 | Accused Product |
|---|---|
| which flows through said plurality of current lines; | *See, e.g.*:<br><br>Annotated microscope photograph of Accused Product |

| Claim 1 | Accused Product |
|---|---|
| | <br>Annotated microscope photograph of Accused Product |

| Claim 1 | Accused Product |
|---|---|
| | <br>Annotated microscope photograph of Accused Product |

| Claim 1 | Accused Product |
|---|---|
| [f] wherein in the selection period, each of said plurality of pixel circuits loads the designating current which flows through said plurality of current lines, and stores a level of a voltage converted in accordance with the current value of the designating current, and after the selection period, each of said plurality of pixel circuits shuts off the designating current which flows through said plurality of current lines, and supplies a driving current corresponding to the level of the voltage converted in accordance with the designating current. | In the Accused Product, in the selection period, each of said plurality of pixel circuits loads the designating current which flows through said plurality of current lines, and stores a level of a voltage converted in accordance with the current value of the designating current, and after the selection period, each of said plurality of pixel circuits shuts off the designating current which flows through said plurality of current lines, and supplies a driving current corresponding to the level of the voltage converted in accordance with the designating current.<br><br>*See, e.g.*: |

| Claim 1 | Accused Product |
|---|---|
| | <br>Annotated illustration of Accused Product display circuitry |

| Claim 1 | Accused Product |
|---|---|
| | <br>Annotated illustration of Accused Product display circuitry |

| Claim 1 | Accused Product |
|---|---|
|  | <br>Annotated illustration of Accused Product display circuitry |