Exhibit 6

## U.S. Patent No. 7,663,615 ("'615 Patent") for HP Spectre x360

**Accused Product**

The HP Spectre x360 ("Accused Product") infringes at least Claim 11 of the '615 Patent.

**Claim 11**

| Claim 11 | Accused Product |
|---|---|
| [pre] A display unit comprising: | The preamble is not a limitation. To the extent the preamble is construed as limiting, the Accused Product includes a display unit.<br><br>*See, e.g.*:<br><br><br><br>Photograph of Accused Product |

| Claim 11 | Accused Product |
|---|---|
| [a] a plurality of display pixels each of which includes a light emission element and a light emission drive circuit having an electric charge accumulating section for accumulating electric charges based on a gradation sequence signal to designate a luminance gradation sequence in accordance with display data, a light emission control section for generating a light emission drive current having a predetermined current value in accordance with the electric charges accumulated in the electric charge accumulating section and supplying the light emission drive current to the light emission element, a writing control section for controlling a supplying state of the electric charges based on the gradation sequence signal to the electric charge accumulating section, and a voltage control section for controlling a drive voltage for making the light emission control section perform the operation, respectively; | The Accused Product includes a plurality of display pixels each of which includes a light emission element and a light emission drive circuit having an electric charge accumulating section for accumulating electric charges based on a gradation sequence signal to designate a luminance gradation sequence in accordance with display data, a light emission control section for generating a light emission drive current having a predetermined current value in accordance with the electric charges accumulated in the electric charge accumulating section and supplying the light emission drive current to the light emission element, a writing control section for controlling a supplying state of the electric charges based on the gradation sequence signal to the electric charge accumulating section, and a voltage control section for controlling a drive voltage for making the light emission control section perform the operation, respectively. *See, e.g.*: |

| Claim 11 | Accused Product |
|---|---|
| | Microscope image of Accused Product display pixels with light emission elements |

| Claim 11 | Accused Product |
|---|---|
| | Annotated microscope images of Accused Product |

| Claim 11 | Accused Product |
|----------|-----------------|



Annotated microscope image of Accused Product

| Claim 11 | Accused Product |
|---|---|
| [b] selection lines in which writing control signals for controlling the operation state of the writing control sections of the display pixels are applied; | The Accused Product includes selection lines in which writing control signals for controlling the operation state of the writing control sections of the display pixels are applied.<br><br><br><br>Annotated microscope image of Accused Product |
| [c] hold lines in which voltage control signals for controlling the operation state of the voltage control sections of the display pixels are applied; | The Accused Product includes hold lines in which voltage control signals for controlling the operation state of the voltage control sections of the display pixels are applied. |

| Claim 11 | Accused Product |
|---|---|
| |  Annotated microscope image of Accused Product |

| Claim 11 | Accused Product |
|---|---|
| [d] data lines to which the gradation sequence signals are supplied; | The Accused Product includes data lines to which the gradation sequence signals are supplied.<br><br>*See, e.g.*: |



Annotated microscope image of Accused Product

| Claim 11 | Accused Product |
|---|---|
| [e] a selection driver which applies the writing control signals in the selection lines; | The Accused Product includes a selection driver which applies the writing control signals in the selection lines.<br><br>*See, e.g.*:<br><br><br>Annotated microscope image of Accused Product |
| [f] a hold driver which applies the voltage control signals in the hold lines; and | The Accused Product includes a hold driver which applies the voltage control signals in the hold lines.<br><br>*See, e.g.*: |

| Claim 11 | Accused Product |
|---|---|
| | Annotated microscope image of Accused Product |
| [g] a data driver which supplies the gradation sequence signals to the data lines; | The Accused Product includes a data driver which supplies the gradation sequence signals to the data lines. *See, e.g.*: |

| Claim 11 | Accused Product |
|---|---|
|  |  Annotated microscope image of Accused Product |

| Claim 11 | Accused Product |
|---|---|
| [h] wherein, with respect to each of the display pixels, the data driver applies a precharge voltage exceeding a threshold value of the drive transistor to the data line, and the light emission drive circuit applies the precharge voltage applied to the data line to the electric charge accumulating section via the writing control section. | In the Accused Product, with respect to each of the display pixels, the data driver applies a precharge voltage exceeding a threshold value of the drive transistor to the data line, and the light emission drive circuit applies the precharge voltage applied to the data line to the electric charge accumulating section via the writing control section. *See, e.g.*:  Annotated circuit diagram of Accused Product |

| Claim 11 | Accused Product |
|---|---|
| |  Annotated circuit diagram of Accused Product |