# UNITED STATES DISTRICT COURT
# FOR THE WESTER DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **SOLAS OLED LTD.**, an Irish corporation,<br><br>*Plaintiff*,<br><br>v.<br><br>**HP, INC.**, a Delaware corporation<br><br>*Defendant*. | **Civil Action No. 6:19-cv-00631** |

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE, ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Defendant HP, Inc. files this Unopposed Motion for an Extension of Time to Move, Answer or Otherwise Respond to Plaintiff Solas OLED Ltd.'s Complaint, filed October 10, 2019 (ECF No. 1). Defendant was served with the Complaint on October 31, 2019. The answer to the Complaint is currently due November 21, 2019. The parties have meet and conferred and agreed on a forty six day (46) extension, making the new answer deadline January 6, 2020.

Defendant respectfully requests that the Court grant this unopposed motion and extend its deadline to move, answer or otherwise respond to the Complaint up to and through January 6, 2020.

Dated: November 21, 2019								Respectfully submitted,

By: */s/ Melissa R. Smith*
Melissa R. Smith
Texas Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Tel: (903) 934-8450
Fax: (903) 934-9257

*Counsel for HP Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on this the 21st day of November, 2019 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Melissa R. Smith*
Melissa R. Smith